# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY W. SHAUCK**, | : | **CIVIL NO. 1:17-CV-1150** |
| Petitioner | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN SPAULDING**, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 11th day of April, 2019, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner Harry Shauck ("petitioner"), challenges the calculation of his federal sentence and, for relief, seeks pretrial detention credit towards his federal sentence, and this court, in an effort to ascertain the custodial status of petitioner, accessed the Federal Bureau of Prisons' ("BOP") online inmate locator, which revealed that petitioner has been released from BOP custody[1], which renders the petition moot, see DeFoy v. McCullough, 393 F.3d 439, 441 (3d Cir. 2005) (citing Lane v. Williams, 455 U.S. 624, 631 (1982)) ("[A] petition for habeas corpus relief generally becomes moot when a prisoner is released from custody before the court has addressed the

---

[1] Upon entering petitioner's register number, 40268-037, into the Federal Bureau of Prisons' online inmate locator, https://www.bop.gov/inmateloc/, his status was returned as follows:

    Offender Name:    Harry W. Shauck
    Released On:      03/21/2019

merits of the petition."); Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.
2. The Clerk of Court is directed to CLOSE this case.

       /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania